**Order entered September 26, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00691-CV

**ROBERT RAMIREZ, Appellant**

**V.**

**MARTIN SALAMANCA, DEADHEAD PROPANE GAS, INC., ET AL., Appellees**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-10069**

## ORDER

We **GRANT** appellant's September 15, 2014 motion to withdraw and substitute counsel.

We **DIRECT** the Clerk of the Court to remove Raul H. Loya as counsel for appellant and to

substitute Souran Ashjari in his place.

/s/     CRAIG STODDART
JUSTICE